PRATT, Respondent, v. POWERS, Appellant. (Supreme Court, Appellate Division, Third Department. January 21, 1914.) Application of Elizabeth T. Pratt against Thomas F. Powers. No opinion. Order settled.

PRESBERGER v. EDMOND SCHAEFFER & CO. et al. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Mendel Presberger against Edmond Schaeffer & Co. and others. (Actions 1 and 2.) No opinion. Motions to dismiss appeals granted, with $10 costs in each case.

PRESTON, Appellant, v. SPENCER KELLOGG CO. et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. January 23, 1914.) Action by Mary M. Preston, as administratrix, etc., against the Spencer Kellogg Company and others. No opinion. Judgment affirmed, with costs.

PRIEUR v. OES. (Supreme Court, Appellate Division, Second Department. February 13, 1914.) Action by Rene Prieur against Ingvald C. Oes. No opinion. Judgment affirmed, without costs.

PRZYTULA, Respondent, v. EMPIRE STATE DEGREE OF HONOR, Appellant. (Supreme Court, Appellate Division, Fourth Department. January 14, 1914.) Action by Szczepan Przytula, as executor, etc., against the Empire State Degree of Honor.

PER CURIAM. Order modified, so as to provide that, in addition to the $20 imposed by the order appealed from, there shall be imposed all costs of the action accruing subsequent to the notice of trial, and, as so modified, the order is affirmed, with $10 costs and disbursements of this appeal to the appellant. See, also, 158 App. Div. 955, 143 N. Y. Supp. 1140.

In re PUBLIC SERVICE COMMISSION FOR FIRST DIST. (GRAVESEND AVE. ROUTE—ROUTE 49). (Supreme Court, Appellate Division, Second Department. January 23, 1914.) In the matter of the application of the Public Service Commission for the First District; Gravesend Avenue Route—Route 49. No opinion. Motion granted, and the Brooklyn Daily Times and the Brooklyn Citizen designated as the newspapers in which the notice of application shall be published, and the date of hearing fixed for March 2, 1914.

In re PUBLIC SERVICE COMMISSION FOR FIRST DIST. (UTICA AVENUE ROUTE). (Supreme Court, Appellate Division, Second Department. January 16, 1914.) In the matter of the application of the Public Service Commission for the First District; Utica Avenue Route. No opinion. Motion granted, and fees of commissioners fixed. Settle order before Mr. Justice Putnam. See, also, 156 App. Div. 907, 141 N. Y. Supp. 1143.

PUNCHES, Respondent, v. CORNELL, Appellant. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Harvey Punches against Albert O. Cornell, as president of the Canisteo Breeders' Association.

PER CURIAM. Judgment of the County Court and of the justice of the peace reversed, and a new trial directed to be had before the same justice of the peace on the 7th day of January, 1914, at 10 o'clock a. m., with costs in all courts to appellant to abide event. The verdict of the jury as to the liability of the defendants is contrary to and against the weight of the evidence, and there is a failure of proof on the question of the joint liability of the defendants.

In re RAE'S WILL. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) In the matter of the probate of the alleged last will and testament of Robert Rae, deceased. No opinion. Decree affirmed, with costs.

RAFFERTY v. SECURITY MUT. LIFE INS. CO. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by William F. Rafferty, as executor, etc., against the Security Mutual Life Insurance Company. No opinion. Judgment and order affirmed, without costs.

RASTETTER et al., Respondents, v. HOENNINGER et al., Appellants. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Elizabeth Rastetter and others, infants, etc., against John G. Hoenninger, as executor, and another. A. C. Troy, of New York City, for appellants. A. P. Wagener, of New York City, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 157 App. Div. 553, 142 N. Y. Supp. 962.

REDDY, Respondent, v. DEGNON CONTRACTING CO., Appellant. (Supreme Court, Appellate Division, Second Department. January 23, 1914.) Action by Bridget Reddy, as administratrix, etc., against the Degnon Contracting Company. No opinion. Motions denied, without costs. See, also, 144 N. Y. Supp. 1141.

REINLE, Appellant, v. FRITZ et al., Respondents. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by Philipp J. Reinle against Charles B. Fritz and others. J. M. Gorman, of New York City, for appellant. J. B. Henney, of New York City, for respondents. No opinion. Judgment affirmed, with costs. Order filed.

REISER, Appellant, v. EDISON ELECTRIC ILLUMINATING CO. OF BROOKLYN, Respondent. (Supreme Court, Appellate Division, Second Department. February 13,

1914.) Action by Benny Reiser against the Edison Electric Illuminating Company of Brooklyn. No opinion. Interlocutory judgment affirmed, with costs. See, also, 76 Misc. Rep. 563, 137 N. Y. Supp. 145.

REISS v. LEVY. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by Sigmund Reiss against Sylvan Levy and Eli H. Bernheim. No opinion. Order affirmed, with $10 costs and disbursements.

In re RICH. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) In the matter of the application of Anna Ingersoll Rich for a peremptory writ of mandamus directing the Onondaga Chapter of Daughters of the American Revolution to reinstate her, etc. No opinion. Order affirmed, with costs.

ROBB, Respondent, v. ERRETT, Appellant, et al. (Supreme Court, Appellate Division, First Department. January 9, 1914.) Action by Alexander Robb against Ann Errett, impleaded with others. A. Lamont, of New York City, for appellant. H. C. Smyth, of New York City, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

INGRAHAM, P. J., and SCOTT, J., dissent.

ROBERTS v. MORTON & SONS CO. et al. (Supreme Court, Appellate Division, Fourth Department. December 23, 1913.) Action by Frank J. Roberts, an infant, etc., against the Morton & Sons Company and another. No opinion. Plaintiff's exceptions overruled, motion for new trial denied, with costs, and judgment directed for the defendants upon the nonsuit, with costs.

ROBERTS v. ROBERTS. (Supreme Court, Appellate Division, First Department. January 16, 1914.) Action by Lucy C. Roberts against Theodore Roberts. No opinion. Motion to dismiss appeal denied, without costs. All proceedings on behalf of defendant to review the order of the Special Term are stayed until the defendant submits to the jurisdiction of the court. Matter of Meyer, 209 N. Y. 59, 102 N. E. 606. Order filed.

ROBINSON, Respondent, v. BINGHAMTON RY. CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 7, 1914.) Action by Edgar Robinson against the Binghamton Railway Company. No opinion. Judgment and order unanimously affirmed, with costs.

In re ROBINSON'S ESTATE. (Supreme Court, Appellate Division, Second Department. January 30, 1914.) In the matter of the appraisal of the estate of Mary S. Robinson, deceased, under the acts in relation to the taxable transfers of property. No opinion. Order (80 Misc. Rep. 458, 142 N. Y. Supp. 456) of the Surrogate's Court of Westchester county affirmed, with costs, on the opinion of Sawyer, S.

ROCAFORTE, Respondent, v. MANHATTAN BRIDGE THREE-CENT LINE, Appellant. (Supreme Court, Appellate Division, Second Department. January 30, 1914.) Action by Angelina Rocaforte against the Manhattan Bridge Three-Cent Line. No opinion. Order of the County Court of Kings county modified, by requiring plaintiff to pay $10 costs of the motion, and, as so modified, affirmed, without costs.

ROCHESTER HOTEL CORPORATION, Respondent, v. PROBST et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. December 3, 1913.) Action by the Rochester Hotel Corporation against Elizabeth Probst, as executrix, etc., of Herman Probst, and another. No opinion. Judgment and order affirmed, with costs.

ROCKAWAY HUNTING CLUB, Appellant, v. OAKLEY, Respondent. (Supreme Court, Appellate Division, Second Department. February 6, 1914.) Action by the Rockaway Hunting Club against Elizabeth L. Oakley. No opinion. Motion to resettle order granted, without costs. See, also, 144 N. Y. Supp. 1142.

ROSENBERG v. TRAVELERS' INS. CO. (Supreme Court, Appellate Division, First Department. January 30, 1914.) Action by August Rosenberg against the Travelers' Insurance Company. No opinion. Application denied, with $10 costs. Order signed.

ROTHENBERG, Respondent, v. COLLINS, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by August W. L. Rothenberg against Newton M. Collins.

PER CURIAM. It appearing that the justices qualified to sit in this appeal are equally divided and unable to render a decision herein, the same is ordered transferred to the Appellate Division, Third Department, to be there heard and determined, pursuant to section 231 of the Code of Civil Procedure. See, also, 143 App. Div. 957, 128 N. Y. Supp. 1144.

FOOTE, J., not sitting.

RUHM, Respondent, v. SPEIDEN, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. November 26, 1913.) Action by Herman D. Ruhm against Clement G. Speiden, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

SAKOFSKY v. CAMDEN FIRE ASS'N. (Supreme Court, Appellate Division, Third De-